COURT OF APPEALS OF VIRGINIA


Present:    Judges Annunziata, McClanahan and Senior Judge Coleman


RITA ELLEN YOUNG

v.      Record No. 1593-04-3

DICKENSON (COUNTY OF) SCHOOL BOARD
 AND VIRGINIA ASSOCIATION OF COUNTIES
 GROUP SELF-INSURANCE

MEMORANDUM OPINION[*]
PER CURIAM
OCTOBER 19, 2004


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Paul L. Phipps; Kerry S. Hay; Lee & Phipps, P.C., on briefs), for appellant.

(Richard D. Lucas; Lucas Law Firm, PLC, on brief), for appellees.


Rita Ellen Young appeals a decision of the Workers' Compensation Commission finding that she failed to prove her March 14, 2003 right knee injury arose out of her employment. We have reviewed the record and the commission's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Young v. Dickenson (County of) School Bd., VWC File No. 214-17-85 (June 22, 2004). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.